UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JASON LEE ZUCKER,<br><br>　　　　　　Defendant. | No. CR-13-024-FVS-5<br><br>ORDER GRANTING MOTION TO MODIFY IN PART<br><br>☒　Motion Granted in Part **(ECF No. 155)**<br><br>☐　Action Required |

　　　Before the court is Defendant's Motion to Modify release conditions. The unopposed request to be employed throughout the week is **GRANTED.** Pretrial Services may adjust Defendant's curfew accordingly. The request to remove the curfew, however, is **DENIED.**

　　　The request to be allowed to travel outside the State of Washington, for employment or to visit family, is taken under advisement. The parties may file supplemental argument and factual materials.

　　　All other conditions of release previously ordered shall remain in effect.

　　　**IT IS SO ORDERED.**

　　　DATED June 3, 2013.

　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY IN PART - 1