UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>

**FILED**

SEP 10 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
</td></tr>
</table>

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

JASON LEE ZUCKER,

    Defendant - Appellant.

No. 15-30232

D.C. No. 2:13-cr-00024-TOR-5
U.S. District Court for Eastern
Washington, Spokane

**MANDATE**

   The judgment of this Court, entered August 07, 2018, amended August 31, 2018, takes effect this date.

   This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT

      By: Rhonda Roberts
      Deputy Clerk
      Ninth Circuit Rule 27-7